# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MUNOZ−GUZMAN<br><br>      Plaintiff(s),<br><br>v.<br><br>7−ELEVEN, INC., et al.<br><br>      Defendant(s). | CASE NO.<br>2:19−cv−00005−DSF−JC<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before January 10, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: December 10, 2019            _/s/ *Dale S. Fischer*_
                                                   Dale S. Fischer
                                                   United States District Judge