# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MUNOZ-GUZMAN,<br>Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC., et al.,<br>Defendant. | Case No. CV 19-00005-DSF (JCx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to file a motion for default judgment as to defendants Chong C. Kim and Michell Kim,

IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: January 21, 2020

Dale S. Fischer
United States District Judge